# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱
# 𝔆𝔢𝔫𝔱𝔯𝔞𝔩 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔆𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞

JERIE S. RYDSTROM; DONALD
RYDSTROM,

        Plaintiffs,

  v.

FEDERAL INSURANCE COMPANY;
and DOES 1 through 50, inclusive,

        Defendants.

Case № 2:16-cv-02543-ODW (E)
     2:16-cv-02614-ODW (E)

**JUDGMENT**

     In February 2016, Plaintiffs Jerie and Donald Rydstrom each filed a complaint in the California Superior Court for the County of Los Angeles relating to two insurance policies, a Special Risk Policy ("the AD&D policy") and a Guild Travel Accident Policy ("the Travel policy"), which they claimed provided coverage for their deceased son Darren Rydstrom. These cases were then removed to federal court in April 2016. The Court subsequently consolidated the two cases and Plaintiffs filed a consolidated complaint. (*See* ECF Nos. 13, 22.) The consolidated complaint contained eight causes of action: (1) breach of contract related to the AD&D policy; (2) tortious breach of the implied covenant of good faith and fair dealing related to the AD&D policy; (3) declaratory relief related to the AD&D policy; (4) a common count

related to the AD&D policy; (5) breach of contract related to the Travel policy; (6) tortious breach of the implied covenant of good faith and fair dealing related to the Travel policy; (7) declaratory relief related to the Travel policy; and (8) a common count related to the Travel policy. (Consol. Compl. ¶¶ 14–60.) On May 15, 2017, Defendant moved for summary judgment and Plaintiffs moved for partial summary judgment on causes of action one, three, five, and seven. (ECF Nos. 26–27.) On July 7, 2017, the Court granted Defendant's motion for summary judgment and denied Plaintiffs' motion for partial summary judgment. (ECF No. 39.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      Plaintiffs shall recover nothing from Defendant, and their claims against Defendant are dismissed on the merits and with prejudice;

2.      Defendant shall recover costs from Plaintiffs as evidenced by a bill of costs.


**IT IS SO ORDERED.**

July 10, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**